IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORBIN D. JONES,
Plaintiff,

v.

Case No. 17–CV–00337–JPG

NEILL MOONEY,
Defendant.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff **CORBIN D. JONES'** Complaint against Defendant **NEILL MOONEY** is **DISMISSED WITHOUT PREJUDICE.**

**Dated: December 16, 2019**     **MARGARET M. ROBERTIE, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved: s/J. Phil Gilbert**
   **J. PHIL GILBERT**
   **UNITED STATES DISTRICT JUDGE**